**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

RECEIVED - CLERK
U.S. DISTRICT COURT

06 FEB 21 A 10 23

DEBORAH FELLNER, individually and on behalf   :
of those similarly situated,   :
  :
             Plaintiff   :
  :
TRI-UNION SEAFOODS, L.L.C. d/b/a   :
CHICKEN OF THE SEA,   :
  :
             Defendants.   :

CIVIL ACTION NO.

06 - 688 (DMC)

**APPLICATION FOR EXTENSION OF TIME TO**
**ANSWER, MOVE, OR OTHERWISE REPLY**
**[Local Civil Rule 6.1(b)]**

Application is hereby made for a Clerk's Order extending time within which defendant

TRI-UNION SEAFOODS, L.L.C. d/b/a CHICKEN OF THE SEA INTERNATIONAL may

answer, move or otherwise reply to the Complaint filed by plaintiff herein and it is represented

that:

1.     No previous extension has been obtained;
2.     Service of Process was effected on 1/26/06; and
3.     Time to Answer, Move or otherwise Reply expires on 2/20/06.

BONNER KIERNAN TREBACH
& CROCIATA, LLP

By:_____

Kenneth A. Schoen  KS-7180
Attorneys for Defendant
140 Littleton Road, Suite 201
Parsippany, NJ 07054

**ORDER**

The above application is ORDERED GRANTED extended to   3/9/06 .
ORDER DATED:   2/22/06

WILLIAM T. WALSH, Clerk

By:_____
Deputy Clerk

Dockets.Justia.com