UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CIVIL ACTION NO.: 06-CV-688 (DMC)

| | |
|---|---|
| DEBORAH FELLNER,<br>Individually and on Behalf of Those<br>Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRI-UNION SEAFOODS, L.L.C.,<br>d/b/a CHICKEN OF THE SEA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

To:     Barry R. Eichen, Esq.
        Eichen Levinson & Crutchlow, LLP
        40 Ethel Road
        Edison, New Jersey 08817
        Attorneys for Plaintiff

### NOTICE OF MOTION TO ADMIT JOHN A KIERNAN, ESQ. PRO HAC VICE

**PLEASE TAKE NOTICE** that on April 10, 2006 at 9:00 a.m. in the forenoon, or as soon thereafter as counsel may be heard, the undersigned, counsel for defendant Tri-Union Seafoods, L.L.C. d/b/a Chicken of the Sea, will apply to the United States District Court, District of New Jersey, Newark Vicinage, at the Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey for the following relief:

**Pro Hac Vice Admission of John A. Kiernan, Esq**.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the undersigned will rely upon the Certifications of Scott H. Goldstein, Esq. and John A. Kiernan, Esq. filed herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested unless opposition to the motion is filed.

Respectfully submitted,

BONNER KIERNAN TREBACH
& CROCIATA, LLP
Attorneys for Defendant
Tri-Union Seafoods, L.L.C.
d/b/a Chicken of the Sea

Dated: April 5, 2006      By:    /s/ *Kenneth A. Schoen*
                                     Kenneth A. Schoen (KS-7180)

## CERTIFICATE OF SERVICE

I, Kenneth A. Schoen, hereby certify that a true copy of the within document was served upon Barry R. Eichen, Esq., Echen, Levinson and Crutchlow, LLP at 40 Ethel Road, Edison, New Jersey, 08817 via Federal Express, overnight delivery on March 9, 2006.

Dated: April 5, 2006      By:    /s/ *Kenneth A. Schoen*
                                     Kenneth A. Schoen (KS-7180)