BARRY R. EICHEN
EICHEN LEVINSON & CRUTCHLOW, LLP
40 Ethel Road
Edison, New Jersey 08817
(732) 777-0100
Attorneys for Plaintiff

| | |
|---|---|
| DEBORAH FELLNER, individually and on behalf of those similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>TRI-UNION SEAFOODS, L.L.C., dba CHICKEN OF THE SEA,<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action 2:06-cv-00688-DMC-MF<br><br>CERTIFICATION OF KHALID A. ELHASSAN IN SUPPORT OF PLAINTIFF'S MOTION FOR *PRO HAC VICE* ADMISSION |

I, **KHALID A. ELHASSAN**, of full age, certify and say:

1. I am a member in good standing of the bars of the State of Virginia and the District of Columbia, with an application pending for admission before the bar of the State of New Jersey. I am an associate of the law firm of Eichen Levinson, 40 Ethel Road, Edison, New Jersey, 08817.

2. I make this affidavit in support of the application by the Plaintiff, pursuant to Rule 1:21-2, for an order permitting me to appear and to participate *pro hac vice* in this action.

3. My firm is counsel for the Plaintiff in this matter, and Plaintiff desires that I act as counsel in this matter.

4. I am not under any suspension or disbarment by any court, nor are disciplinary proceedings pending against me in any jurisdiction.

1

5. Barry R. Eichen, of the firm Eichen Levinson, LLP, is a member in good standing of the Bar of this Court. All notices, orders and pleadings may be served upon Mr. Eichen. I understand that only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders.

6. I acknowledge that if I am admitted *pro hac vice* I will be within the disciplinary jurisdiction of this Court.

7. I have made payment to the New Jersey Client Protection Fund, pursuant to Rule 1:28-2.

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of April, 2006.

_____
Khalid A. Elhassan