BARRY R. EICHEN
EICHEN LEVINSON & CRUTCHLOW, LLP
40 Ethel Road
Edison, New Jersey 08817
(732) 777-0100
Attorneys for Plaintiff

|  |  |
|---|---|
| DEBORAH FELLNER, individually and on behalf of those similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>TRI-UNION SEAFOODS, L.L.C., dba CHICKEN OF THE SEA,<br><br>Defendant. | : UNITED STATES DISTRICT COUR<br>: DISTRICT OF NEW JERSEY<br>:<br>: Civil Action 2:06-cv-00688-DMC-MF<br>:<br>:<br>:<br>:<br>:<br>: CERTIFICATION OF BARRY R.<br>: EICHEN IN SUPPORT OF PLAINTIFF'S<br>: MOTION FOR *PRO HAC VICE*<br>: ADMISSION<br>: |

I, **BARRY R. EICHEN**, of full age, certify and say:

1. I am a member in good standing of the bars of the State of New Jersey and the United States District Court for the District of New Jersey. I am a partner of the law firm of Eichen Levinson, LLP, 40 Ethel Road, Edison, New Jersey, 08817, counsel for Plaintiff in this matter.

2. I make this affidavit in support of the application by Plaintiff, pursuant to Rule 1:21-2, for an Order permitting Khalid Elhassan, Esq., to appear and participate *pro hac vice* in this action.

3. My firm and I shall comply with Rule 1:21-2. All notices, orders and pleadings are to be served upon my firm and me. I understand that only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders.

1

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,
**EICHEN LEVINSON & CRUTCHLOW, LLP**
Attorneys for the Plaintiffs

Dated: 4-6-06       By: _____
                          Barry R. Eichen