Barry R. Eichen
EICHEN LEVINSON & CRUTCHLOW, LLP
40 Ethel Road
Edison, New Jersey 08817
(732) 777-0100
Attorneys for Plaintiff

RECEIVED

APR 2006

WILLIAM T. WALSH, CLERK

**ORDER ON ORAL MOTION**

| | |
|---|---|
| DEBORAH FELLNER, individually and on behalf of those similarly situated, <br><br>Plaintiffs <br><br>vs. <br><br>TRI-UNION SEAFOODS, L.L.C., dba CHICKEN OF THE SEA, <br><br>Defendant. | : UNITED STATES DISTRICT COURT <br> : DISTRICT OF NEW JERSEY <br> : <br> : Civil Action 2:06-cv-00688-DMC-MF <br> : <br> : <br> : <br> : <br> : <br> : ORDER FOR ADMISSION *PRO HAC* <br> : *VICE* OF KHALID A. ELHASSAN AS <br> : COUNSEL FOR PLAINTIFF <br> : |

**THIS MATTER** having been opened to the Court by plaintiff Deborah Fellner, through her attorneys Eichen Levinson, LLP and, for an Order admitting *pro hac vice* Khalid A. Elhassan, Esq., with defendant's consent, and the Court having considered the moving papers and for good cause shown;

IT IS on this ___3___ day of ___April___, 2006

**ORDERED:**

1. Khalid A. Elhassan, Esq., of Eichen Levinson, LLP, and a member of the bar of the District of Columbia and of the State of Virginia, is admitted to appear *pro hac vice* and to participate in this action; and

2. The above attorney is directed to:

   a. abide by all disciplinary rules of this Court during the time of *pro hac vice* admission;

b. notify the Court immediately of any matter affecting his standing in the bar of any other court;

c. make payment to the New Jersey Lawyer's Fund for Client Protection as required by New Jersey Court Rule 1:28-2;

d. consent to the appointment of the Clerk of the United States District Court as agent upon whom service of process may be made for all actions against him or Eichen Levinson, LLP, that may arise out of participation in this matter; and

e. have all pleadings, briefs and other papers filed with the Court signed by Eichen Levinson, LLP, attorneys of record for the plaintiff, whom shall be responsible for the conduct of the attorney admitted hereby.

_____
HONORABLE MARK FALK, U.S.D.M.J.