UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CIVIL ACTION NO.: 06-CV-688 (DMC)

DEBORAH FELLNER,
Individually and on Behalf of Those
Similarly Situated,

    Plaintiffs,

v.

TRI-UNION SEAFOODS, L.L.C.,
d/b/a CHICKEN OF THE SEA,

    Defendant.

### ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission to practice pro hac vice in the above captioned case is granted. The admitted attorney, John Kiernan, Esq. is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $150.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

An attorney admitted to practice pro hac vice is also required to make payment to the New Jersey Lawyers Fund for Client protection as provided by New Jersey Court Rule 1:28-2(a) each year that the admitted attorney continues to represent a client in a matter pending in this Court

Dockets.Justia.com

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

John Kiernan, Esq. must serve a copy of this Order on all other counsel in this case.

Dated:

                                        MARK FALK, U.S.M.J.
cc:   John Kiernan, Esq.  
       Court file

**U.S. Magistrate Judge**