UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CIVIL ACTION NO.: 06-CV-688 (DMC)

| | |
|---|---|
| DEBORAH FELLNER,<br>Individually and on Behalf of Those<br>Similarly Situated,<br><br>         Plaintiffs,<br><br>v.<br><br>TRI-UNION SEAFOODS, L.L.C.,<br>d/b/a CHICKEN OF THE SEA,<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL OF CLASS ACTION ALLEGATIONS ONLY, WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys of record for all the parties to the above action, that plaintiff's class action allegations, only, against defendant Tri-Union Seafoods, L.L.C. d/b/a Chicken of the Sea are hereby discontinued with prejudice, without costs to any party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: April 27, 2006

By: _____
Kenneth A. Schoen (KS-7180)
Bonner Kiernan Trebach & Crociata, LLP
140 Littleton Road – Suite 201
Parsippany, NJ 07054
(973) 335-8480
Counsel for Defendant TRI-UNION
SEAFOODS, L.L.C, d/b/a CHICKEN
OF THE SEA INTERNATIONAL

By: _____
Barry Eichen (BE    )
Eichen Levinson & Crutchlow, LLP
40 Ethel Road
Edison, NJ 08817
(732) 777-0100
Counsel for Plaintiff Deborah Fellner,
individually and on behalf of those
similarly situated