NOT FOR PUBLICATION                                                        **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DEBORAH FELLNER, Individually and on Behalf of Those Similarly Situated : | Hon. Dennis M. Cavanaugh |
| : | **ORDER** |
| Plaintiffs, : | Civil Action No. 06-CV-0688 |
| v. : |  |
| TRI-UNION SEAFOODS, L.L.C., d/b/a CHICKEN OF THE SEA,, : |  |
| Defendant. : |  |

<u>DENNIS M. CAVANAUGH</u>, U.S. District Judge

This matter having come before the Court by Defendant's Motion Requesting that this Court take Judicial Notice of publicly available documents and Motion to Dismiss Plaintiff's complaint, and the Court having reviewed the submissions of the parties, and for the reasons stated in this Court's Opinion filed this day;

IT IS on this  8  day of January, 2007,

ORDERED that the Defendant's Motions are **granted.**

                                                                     S/ Dennis M. Cavanaugh
                                                                     Dennis M. Cavanaugh, U.S.D.J.

Original:      Clerk
Copies:        All counsel of record
               File