RECEIVED-CLERK
U.S. DISTRICT COURT
2007 JAN 23 A 10: 11

UNITED STATES DISTRICT COURT – DISTRICT OF NEW JERSEY

Case Number: 06-CV-0688-(DMC)

| | | |
|---|---|---|
| DEBORAH FELLNER, Individually and on behalf of those similarly situated persons,<br><br>Plaintiff,<br><br>-vs.-<br><br>TRI-UNION SEAFOODS, L.L.C. d/b/a CHICKEN OF THE SEA,<br><br>Defendant. | : Name:<br>:<br>:<br>: Address:<br>:<br>: Phone:<br>:<br>: Attorney for Plaintiff:<br>:<br>:<br>:<br>:<br>: | William O. Crutchlow, Esq.<br>Eichen Levinson &<br>Crutchlow<br>40 Ethel Road<br>Edison, NJ 08817<br>(732) 777-0100<br><br>Deborah Fellner<br><br>ON APPEAL FROM ORDER OF<br>HON. DENNIS M. CAVANAUGH,<br>United States District Judge |

Notice is hereby given that William O. Crutchlow, Esq., of the law firm of Eichen Levinson and Crutchlow, LLP, attorneys for plaintiff, in the above name case hereby appeal to the Unites States Court of Appeals for the Third Circuit, to the January 8, 2007 Order entered by the Honorable Dennis M. Cavanaugh, United States District Judge, granting defendant's Motion to dismiss plaintiff's complaint in this matter.

Plaintiff appeals the entirety of this Order.

All issues as to all parties were disposed of in the Order at issue and all are being appealed.

I hereby certify that this appeal is being applied to the U.S. Third Circuit Court of Appeals.

Dated: 1/19/07

WILLIAM O. CRUTCHLOW, ESQ.
EICHEN LEVINSON & CRUTCHLOW

Dockets.Justia.com