UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| **PARTS GEEKS, LLC,** | : | Civil Action No. 09-5578 (MLC) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **U.S. AUTO PARTS NETWORK, INC.** | : | **ORDER FOR PRO HAC VICE** |
| **and GOOGLE, INC.,** | : | **ADMISSION OF** |
| | : | **MICHAEL S. KWUN, ESQ.,** |
| Defendants. | : | **DAVID S. SILBERT, ESQ.**, and |
| | : | **OZAN O. VARLO, ESQ.** |

This matter having been brought before the Court by Michele D. Hangley, Esq., of Hangley Aronchick Segal & Pudlin, attorneys for Defendant Google, Inc., on motions to allow Michael S. Kwun, Esq., David S. Silbert, Esq., and Ozan O. Varlo, Esq., of Keker & Van Nest, LLP, to appear and participate pro hac vice **[Docket Entry Nos. 11, 12, 13]**; and the Court having considered the moving papers; and the Court having noted that counsel for Plaintiff has consented to these motions; and this matter being considered pursuant to Fed. Civ. R. 78, and for good cause shown;

**IT IS** on this **3rd** day of **February, 2010**,

**ORDERED** that Defendant Google, Inc.'s motions be and they hereby are granted; and it is further

1

**ORDERED** that Michael S. Kwun, Esq., David S. Silbert, Esq., and Ozan O. Varlo, Esq., members in good standing of the Bar of the State of California, be permitted to appear <u>pro hac vice</u> in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Hangley Aronchick Segal & Pudlin, attorneys of record for Defendant Google, Inc., who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Michael S. Kwun, Esq., David S. Silbert, Esq., and Ozan O. Varlo, Esq., shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Michael S. Kwun, Esq., David S. Silbert, Esq., and Ozan O. Varlo, Esq., shall each make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Michael S. Kwun, Esq., David S. Silbert, Esq., and Ozan O. Varlo, Esq., shall each be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L. Civ. R. 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that Michael S. Kwun, Esq., David S. Silbert, Esq., and Ozan O. Varlo, Esq., shall each separately notify this Court immediately of any disciplinary charges brought against him in the Bar of any other court; and it is further

**ORDERED** that Michael S. Kwun, Esq., David S. Silbert, Esq., and Ozan O. Varlo, Esq., shall each be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that Hangley Aronchick Segal & Pudlin, may file a request, the form of which is available at the Court's website, with the Clerk of the Court for <u>pro hac vice</u> counsel to receive electronic notifications in this matter.

    s/ Lois H. Goodman
**LOIS H. GOODMAN**
**UNITED STATES MAGISTRATE JUDGE**