# EICHEN LEVINSON & CRUTCHLOW

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

40 Ethel Road, Edison, NJ 08817
Tel. (732) 777-0100
Fax (732) 248-8273

RECEIVED-CLERK
U.S. DISTRICT COURT

2007 JAN 25 A 11:46

William D. Levinson ‡ § Δ
Certified by the Supreme Court as a Civil Trial Attorney

Barry R. Eichen §
Certified by the Supreme Court as a Civil Trial Attorney

William O. Crutchlow
Certified by the Supreme Court as a Civil Trial Attorney

Edward McElroy
Christian R. Mastondrea‡
John H. Sanders II Ω
Lori A. Kaniper

Jacqueline Poirier, R.N.
Medical Research

Richard Vogel
Mass Tort Manager

Of Counsel:
Alfred A. Levinson
Alan L. Yatvin §

January 23, 2007

Clerk – United States District Court
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

06cv0688

    Re:   Deborah Fellner, et al. v. Tri-Union Seafoods, LLC, et al.
            Civil Action No. 06-cv-0688 (DMC)

Dear Sir/Madam:

With reference to the above captioned matter, enclosed please find our additional firm's check in the sum of $200.00 representing the total filing fee.

                              Respectfully submitted,

                              EICHEN LEVINSON & CRUTCHLOW, LLP

                              WILLIAM O. CRUTCHLOW

WOC/ke/mm
Enc
Lawyers Service #