UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBORAH FELLNER, Individually and on Behalf of Those Similarly Situated<br><br>Plaintiff,<br>v.<br><br>TRI-UNION SEAFOODS, L.L.C., d/b/a CHICKEN OF THE SEA.,<br><br>Defendants. | Hon. Dennis M. Cavanaugh<br><br>ORDER<br><br>Civil Action No. 06-CV-0688 |

DENNIS M. CAVANAUGH, U.S. District Judge

This matter having come before the Court by way of defendant's motion and the defense not objecting to plaintiff's request for an extension of time;

IT IS on this ___25___ day of June, 2009,

ORDERED that the Defendant's Motions to dismiss plaintiff's complaint for failure to State a Claim originally scheduled for July 6, 2009 be carried to July 20, 2009.

_____
Dennis M. Cavanaugh, U.S.D.J.