UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DEBORAH FELLNER, individually and on behalf of those similarly situated,

    Plaintiff

TRI-UNION SEAFOODS, L.L.C. d/b/a CHICKEN OF THE SEA,

    Defendants.

CIVIL ACTION NO.:
06-cv-688(DMC)

APPLICATION FOR EXTENSION OF TIME TO
ANSWER, MOVE, OR OTHERWISE REPLY
[Local Civil Rule 6.1(b)]

Application is hereby made for a Clerk's Order extending time within which defendant TRI-UNION SEAFOODS, L.L.C. d/b/a CHICKEN OF THE SEA INTERNATIONAL may answer, move or otherwise reply to the Amended Complaint filed by plaintiff herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on July 8, 2009; and
3. Time to Answer, Move or otherwise Reply expires on July 28, 2009.

BONNER KIERNAN TREBACH
& CROCIATA, LLP

By: _____
Kenneth A. Schoen
Attorneys for Defendant
299 Cherry Hill Road, Suite 300
Parsippany, NJ 07054

Dated: July 27, 2009

ORDER

The above application is ORDERED GRANTED extended to_____.
ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By: _____
Deputy Clerk

Dockets.Justia.com