299 Cherry Hill Road
Suite 300
Parsippany, NJ 07054
Telephone: (973) 335-8480
Facsimile: (973) 299-1337
bktc@bktc.net
www.bktc.net

# BONNER
# KIERNAN
# TREBACH &
# CROCIATA, LLP

Connecticut
Maryland
Massachusetts
New Jersey
New York
Pennsylvania
Rhode Island
Virginia
Washington, DC

August 11, 2009                                 *Service via ECF*

Hon. Dennis M. Cavanaugh, U.S.D.J.
United States District Court
U.S. P.O. & Courthouse Building
Federal Square
Newark, NJ 07101

Re:   *Deborah Fellner, Individually and on Behalf of Those Similarly Situated v. Tri-Union*
      *Seafoods, L.L.C., d/b/a Chicken of the Sea*
      Civil Action No.: 06-CV-688 (DMC)
      Re:  Pending Motion to Dismiss the Original Complaint and Response To Amended
      Complaint

Dear Judge Cavanaugh:

      We represent defendant Tri-Union Seafoods, LLC d/b/a/ Chicken of the Sea ("Tri-Union") in the above matter.

      At your Honor's request, Tri-Union respectfully withdraws its motion to dismiss plaintiff's initial Complaint without prejudice. As per the Court's directive, we will incorporate all arguments relative to the original Complaint and the Amended Complaint within Tri-Union's motion to dismiss plaintiff's Amended Complaint. We expect that the motion will be filed on or before August 31, 2009.

      Respectfully submitted,

Kenneth A. Schoen
(KS-7180)

      cc:   Barry R. Eichen, Esq. (via regular mail and ECF)

Dockets.Justia.com