UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(NEWARK VICINAGE)

BONNER KIERNAN TREBACH
 & CROCIATA, LLP
299 Cherry Hill Road, Suite 300
Parsippany, New Jersey 07054
(973) 335-8480
Attorneys for Defendant
Tri-Union Seafoods, L.L.C.
d/b/a Chicken of the Sea
(KS-7180)

| | |
|---|---|
| DEBORAH FELLNER, | : CIVIL ACTION NO. 2:06-CV-688 (DMC)-MF |
| Plaintiff, | : |
| v. | : **NOTICE OF MOTION TO DISMISS FOR** |
| | : **FAILURE TO STATE A CLAIM** |
| TRI-UNION SEAFOODS, L.L.C., | : |
| d/b/a CHICKEN OF THE SEA, | : |
| Defendant. | : AUGUST 31, 2009 |

To: Barry R. Eichen, Esq.
 Eichen Levinson & Crutchlow, LLP
 40 Ethel Road
 Edison, New Jersey 08817
 Attorneys for Plaintiff

**PLEASE TAKE NOTICE** that on October 5, 2009 at 9:00 a.m. in the forenoon, or as soon thereafter as counsel may be heard, the undersigned, counsel for defendant Tri-Union Seafoods, L.L.C. d/b/a Chicken of the Sea, will apply to the United States District Court, District of New Jersey, Newark Vicinage, at the Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey for the following relief:

**Dismissing the plaintiff's Amended Complaint.**

Dockets.Justia.com

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the undersigned will rely upon the Memorandum of Law and Certification filed herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Respectfully submitted,

BONNER KIERNAN TREBACH
& CROCIATA, LLP
Attorneys for Defendant
Tri-Union Seafoods, L.L.C.
d/b/a Chicken of the Sea

Dated: August 31, 2009  By: _____
Kenneth A. Schoen (KS-7180)

## CERTIFICATE OF SERVICE

I, Kenneth A. Schoen, hereby certify that a true copy of the within document was served upon Barry R. Eichen, Esq., Echen, Levinson and Crutchlow, LLP at 40 Ethel Road, Edison, New Jersey, 08817 via Federal Express, overnight delivery on August 31, 2009.

Dated: August 31, 2009  By: _____
Kenneth A. Schoen (KS-7180)