Empire State Building
Suite 3304
New York, NY 10118
Telephone: (212) 268-7535
Facsimile: (212) 268-4965
bktc@bktc.net
www.bktc.net

# BONNER
# KIERNAN
# TREBACH &
# CROCIATA, LLP

Connecticut
Maryland
Massachusetts
New Jersey
New York
Pennsylvania
Rhode Island
Virginia
Washington, DC

September 25, 2009                          *Service via ECF*

Hon. Dennis M. Cavanaugh, U.S.D.J.
United States District Court
U.S. P.O. & Courthouse Building
Federal Square
Newark, NJ 07101

Re:   *Deborah Fellner, Individually and on Behalf of Those Similarly Situated v. Tri-Union*
      *Seafoods, L.L.C., d/b/a Chicken of the Sea*
      Civil Action No. 06-CV-688 (DMC)
      RE: PENDING MOTION TO DISMISS (3 Day Reply Adjournment)

Dear Judge Cavanaugh:

        We represent defendant Tri-Union Seafoods, LLC d/b/a/ Chicken of the Sea ("Tri-Union") in the above matter.

        Tri-Union filed a motion to dismiss plaintiff's complaint pursuant to Fed R. Civ. P. 12(b)(6) which is currently returnable on October 5, 2009. Pursuant to the Local Rules our reply papers are currently due on September 28, 2009 which falls on the Yom Kippur holiday. As such, we respectfully request that the Court permit Tri-Union a three day extension of time to file its reply papers by no later than October 1, 2009.

        Plaintiff has confirmed that there is no objection to the instant request for an extension of time. We request that the Court provide confirmation that this adjournment will be permitted, and note that Your Honor's clerk directed graciously that we post this letter to the docket.

        Thank you very much for your cooperation.            9/25/09

Respectfully submitted,

Scott H. Goldstein
(SG-8333)                       SO ORDERED: _____
                                            DENNIS M. CAVANAUGH, U.S.D.J.
cc:   Barry R. Eichen, Esq.  (via ECF and facsimile)