UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(NEWARK VICINAGE)

| | | |
|---|---|---|
| DEBORAH FELLNER, | : | CIVIL ACTION NO. 2:06-CV-688 (DMC)-MF |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| TRI-UNION SEAFOODS, L.L.C., | : | |
| d/b/a CHICKEN OF THE SEA, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the motion and other supporting papers in support of and in opposition to the Motion Requesting Judicial Notice of three matters as filed by Defendant Tri-Union Seafoods, L.L.C., and having considered the arguments of counsel, the motion is hereby **GRANTED;** specifically that the Court take Judicial Notice of the following documents referenced within the application:

_____ - "Is Mercury in Fish a Safety Concern ?," dated May, 1995.

_____ - "FDA Announces Advisory on Methylmercury in Fish," dated 2001.

_____ -"Letter Responding to Health Claim Petition dated November 3, 2003 (Martek Petition): Omega-3 Fatty Acids and Reduced Risk of Coronary Heard Disease,' dated September 8, 2004.

It is so ORDERED this _____ day of _____, 2009

_____

Hon.
United States District Court

Dockets.Justia.com

**Copies to:**

Kenneth A. Schoen, Esq.
Bonner Kiernan Trebach & Crociata, LLP
299 Cherry Hill Road, Suite 300
Parsippany, NJ 07054

Barry R. Eichen, Esq.
Eichen, Levinson and Crutchlow, LLP
40 Ethel Road
Edison, NJ 08817